UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWEN FJELLMAN, individually and on
behalf of her children, K.C. and Z.C.,

        Plaintiffs,

                              Case No. 06-14470
v.                              Honorable David M. Lawson

FOREST HILL COOPERATIVE,

        Defendant.
_____/

## ORDER DENYING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On October 12, 2007, the defendant filed a motion for summary judgment on the plaintiffs' claims. The Court has reviewed the parties' submissions and heard oral argument in open court on December 10, 2007. At the conclusion of oral argument, the Court announced its decision from the bench and denied the defendant's motion.

Accordingly, it is **ORDERED** that the defendant's motion for summary judgment [dkt # 33] is **DENIED** for the reasons stated on the record.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated: December 10, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 10, 2007.

                              s/Felicia M. Moses
                              FELICIA M. MOSES